**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-6216**

ERIC CHILDRESS,

Plaintiff – Appellant,

v.

M. PETTIFORD, FCI Bennettsville Warden in his individual
and official capacity; ASSISTANT WARDEN SMITH; ASSISTANT
WARDEN MASACONI; DENISE BAWLING, Captain, in her individual
and official capacity; D. SCHANTZ, SHU Lieutenant, in his
individual and official capacity; L. MILLER, Lieutenant, in
his individual and official capacity; D. MOORE, Lieutenant
Sr. Officer, in his individual and official capacity; LUIS
BERRIAS, Doctor, in his individual and official capacity;
JULIA BERRIAS, Doctor, in her individual and official
capacity; H. HANSEN, Nurse, in her individual and official
capacity; CORRECTIONAL OFFICER CASH, in his individual and
official capacity; CORRECTIONAL OFFICER YOUNG, in his
individual and official capacity; CORRECTIONAL OFFICER
DOUGLAS, in his individual and official capacity;
CORRECTIONAL OFFICER JONES, in his individual and official
capacity; CORRECTIONAL OFFICER CARTWRIGHT, in his
individual and official capacity; J. STREEVAL, in his
individual and official capacity; CASE MANAGER STREAMER, in
his individual and official capacity; COUNSELOR LEWIS, in
his individual and official capacity,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Florence.  Sol Blatt, Jr., Senior District
Judge.  (4:08-cv-01001-SB)

Submitted:  August 19, 2010          Decided:  August 27, 2010

Before MOTZ, GREGORY, and AGEE, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Eric Childress, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eric Childress appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2006) complaint for failure to exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Childress v. Pettiford</u>, No. 4:08-cv-01001-SB (D.S.C. Jan. 27, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>